NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000085
27-JUN-2012
09:05 AM**

NO. CAAP-12-0000085

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DEBRA N. ISONO, Petitioner-Appellee, v.
ALVELARDO CACABELOS, JR., Respondent-Appellant,

APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT
(FC-DA NO. 11-1-0330)

ORDER GRANTING APPELLANT'S MOTION TO DISMISS APPEAL
(By: Foley, Presiding Judge, Fujise and Ginoza, JJ.)

Upon consideration of "Defendant-Appellant[1] Avelardo Cacabelos, Jr.'s Motion to Dismiss Appeal", the papers in support, and the records and files herein, it appears that Appellant no longer wishes to pursue his appeal.

---

[1] The caption lists the parties as Plaintiff-Appellee and Defendant-Appellant. According to the record on appeal, see Docket #12, and the documents in the record, the correct designations are Petitioner-Appellee and Respondent-Appellant.

Therefore, IT IS HEREBY ORDERED that the motion to dismiss appeal is granted, and this appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawaiʻi, June 27, 2012.

Presiding Judge

Associate Judge

Associate Judge